**Appendix A - Comparison of '752 Patent and '369 Patent**

| Claim 6 of '752 Patent[1] | Claim 6 of '369 Patent[2] | Claim 6 of '752 to Claim 6 of '369 |
|---|---|---|
| What is claimed is: | What is claimed is: | What is claimed is: |
| 1. A method comprising: | 1. A method comprising: | 1. A method comprising: |
| capturing a digital image using a digital image capturing device that is part of a portable electronic device; | capturing a digital image using a digital image capturing device that is part of a portable electronic device; | capturing a digital image using a digital image capturing device that is part of a portable electronic device; |
| detecting symbology associated with an object within the digital image using a portable electronic device; | detecting symbology associated with the digital image using a portable electronic device; | detecting symbology associated with ~~an object within~~ the digital image using a portable electronic device; |
| decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; |
| sending the decode string to a remote server for processing; | sending the decode string to a remote server for processing; | sending the decode string to a remote server for processing; |
| receiving information about the object from the remote server wherein the information is based on the decode string of the object; | receiving information about the digital image from the remote server wherein the information is based on the decode string; | receiving information about the ~~object~~ digital image from the remote server wherein the information is based on the decode string ~~of the object~~; |
| displaying the information on a display device associated with the portable electronic device. | displaying the information on a display device associated with the portable electronic device. | displaying the information on a display device associated with the portable electronic device. |
| 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology. | 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology | 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology |
| 6. The method of claim 5, further comprising: | 6. The method of claim 5, further comprising: | 6. The method of claim 5, further comprising: |
| alerting the user when an image containing symbology has been detected; | alerting the user when an image containing symbology has been detected; | alerting the user when an image containing symbology has been detected; |
| asking the user if decoding of the symbology is desired; and | asking the user if decoding of the symbology is desired; and | asking the user if decoding of the symbology is desired; and |
| receiving a reply from the user. | receiving a reply from the user. | receiving a reply from the user. |

---

[1]   Dkt. 1-1, at 13:38-52 (Claim 1), 14:5-7 (Claim 5), and 14:8-13 (Claim 6).

[2]   Dkt. 1-2, at 13:47-61 (Claim 1), 14:14-16 (Claim 5), and 14:17-22 (Claim 6).