**Appendix B - Comparison of '752 Patent and '190 Patent**

| Claim 6 of '752 Patent[1] | Claim 6 of '190 Patent[2] | Claim 6 of '752 to Claim 6 of '190 |
|---|---|---|
| What is claimed is:<br><br>1. A method comprising:<br><br>capturing a digital image using a digital image capturing device that is part of a portable electronic device;<br><br>detecting symbology associated with an object within the digital image using a portable electronic device;<br><br>decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device;<br><br>sending the decode string to a remote server for processing;<br><br>receiving information about the object from the remote server wherein the information is based on the decode string of the object;<br><br>displaying the information on a display device associated with the portable electronic device. | What is claimed is:<br><br>1. A method comprising:<br><br>capturing a digital image using a digital image capturing device that is part of an electronic device;<br><br>detecting symbology associated with the digital image using the electronic device;<br><br>decoding the symbology to obtain a decode string using one or more visual detection applications residing on the electronic device;<br><br>sending the decode string to a remote server for processing;<br><br>receiving information about the digital image from the remote server wherein the information is based on the decode string;<br><br>displaying the information on a display device associated with the electronic device. | What is claimed is:<br><br>1. A method comprising:<br><br>capturing a digital image using a digital image capturing device that is part of ~~a portable~~an electronic device;<br><br>detecting symbology associated with ~~an object within~~ the digital image using ~~a portable~~the electronic device;<br><br>decoding the symbology to obtain a decode string using one or more visual detection applications residing on the ~~portable~~ electronic device;<br><br>sending the decode string to a remote server for processing;<br><br>receiving information about the ~~object~~digital image from the remote server wherein the information is based on the decode string ~~of the object~~;<br><br>displaying the information on a display device associated with the ~~portable~~ electronic device. |
| 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology. | 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology. | 5. The method of claim 1, wherein the one or more visual detection systems are configured to automatically detect the symbology. |
| 6. The method of claim 5, further comprising:<br><br>alerting the user when an image containing symbology has been detected;<br><br>asking the user if decoding of the symbology is desired; and<br><br>receiving a reply from the user. | 6. The method of claim 5, further comprising:<br><br>alerting the user when an image containing symbology has been detected;<br><br>asking the user if decoding of the symbology is desired; and<br><br>receiving a reply from the user. | 6. The method of claim 5, further comprising:<br><br>alerting the user when an image containing symbology has been detected;<br><br>asking the user if decoding of the symbology is desired; and<br><br>receiving a reply from the user. |

---

[1]   Dkt. 1-1, at 13:38-52 (Claim 1), 14:5-7 (Claim 5), and 14:8-13 (Claim 6).

[2]   Dkt. 1-3, at 13:54-14:2 (Claim 1), 14:22-24 (Claim 5), and 14:25-30 (Claim 6).

2