IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00879-MEH

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff,

v.

OTTER PRODUCTS, LLC,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2018.**

    Plaintiff's Amended Complaint (ECF No. 19) is **stricken** for failure to comply with D.C. Colo. LCivR 15.1(a), which requires that parties filing an amended pleading as a matter of course file a separate notice of amended pleading with an attached exhibit striking through the text to be deleted and underlining the text to be added.