**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**OTTER PRODUCTS, LLC**<br><br>Defendant. | C.A. No. 1:18-cv-00879-MEH<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF FILING AN AMENDED COMPLAINT PURSUANT TO D.C. COLO. LCIVR 15.1

Pursuant to D.C. Colo. LCivR 15.1(a) plaintiff Symbology Innovations LLC hereby submits a notice of filing of an amended complaint ("Notice") including a copy of the amended pleading—striking through the text to be deleted and underlining the text to be added—attached as an exhibit A to this Notice.

Dated: June 13, 2018

Respectfully Submitted,

By: */s/Eugenio J. Torres-Oyola*

Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor

221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2018, a true and correct copy of the foregoing document was served via CM/ECF to all counsel of record.

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola