IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00879-MEH

SYMBOLOGY INNOVATIONS, LLC,

    Plaintiff,

v.

OTTER PRODUCTS, LLC,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2018.**

    Before the Court is a Notice of Filing Amended Pleading. (ECF No. 21). Pursuant to D.C. Colo. LCivR 15(a), Plaintiff shall file a clean copy of the Amended Complaint and attached exhibits on or before June 15, 2018.

    In light of this filing, Defendant's Motion to Dismiss for Failure to State a Claim [filed May 31, 2018; ECF No. 13] is **denied without prejudice as moot** with leave to re-file in response to the Amended Complaint. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect." (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991))); *see also Robinson v. Dean Foods Co.*, No. 08-cv-01186-REB-CBS, 2009 WL 723329, at *4 (D. Colo. Mar. 18, 2009) ("Generally, when an amended complaint is filed, the previous complaint is wiped out and the operative complaint is the most recently filed version.").