# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-00879-WJM-MEH

SYMBOLOGY INNOVATIONS LLC

    Plaintiff,

v.

OTTER PRODUCTS, LLC

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by the undersigned counsel for Plaintiff Symbology Innovations LLC ("Symbology") and Defendant Otter Products, LLC ("OtterBox", collectively with Symbology, "the Parties") to dismiss all claims and counterclaims asserted in the above-captioned matter between the Parties. The Parties agree and further stipulate that the dismissal of Symbology's asserted claims against OtterBox shall be with prejudice, and that the dismissal of OtterBox's asserted counterclaims against Symbology shall be without prejudice. Each party to this Stipulation of Dismissal shall bear its own costs and attorneys' fees.

Stipulated and agreed to:

| | |
|---|---|
| *s/ Jean G Vidal Font* | By: *s/ James Beard* |
| Jean G. Vidal Font | Garret Leach, P.C. |
| USDC No. 227811 | **Kirkland & Ellis LLP** |

| | |
|---|---|
| **Ferraiuoli LLC**<br>221 Plaza, 5th Floor<br>221 Ponce de León Avenue<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: jvidal@ferraiuoli.com<br><br>*Attorneys for Plaintiff*<br>*Symbology Innovations LLC* | 300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: garret.leach@kirkland.com<br><br>James Beard<br>**Kirkland & Ellis LLP**<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1689<br>Facsimile: (415) 439-1500<br>Email: james.beard@kirkland.com<br><br>*Counsel for Defendant*<br>*Otter Products LLC* |

## CERTIFICATE OF CONFERRAL

In accordance with D.C.COLO.LCivR 7.1(a), counsel for the Parties conferred on August 8, 2018, and agreed to the contents of this Stipulation.

*s/ Jean G. Vidal Font*
Jean G. Vidal Font